**Order entered August 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00150-CV**

**IN RE CELIA SAMS, Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15459**

**ORDER**

Before Justices Pedersen III, Nowell, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Monica Purdy, (1) to vacate her January 19, 2022 order denying Defendant Celia Sams's Rule 91a Motion to Dismiss (the Motion), and (2) to grant the Motion. We further **ORDER** the trial judge to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of her order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/s/     BILL PEDERSEN
        JUSTICE